UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHWESTERN DIVISION

| | |
|---|---|
| LARRY ADAMS, | § No. 14-cv-51 |
| Plaintiff, | § |
| v. | § |
| NORTHSTAR LOCATION SERVICES, LLC, | § |
| Defendant. | § |

## PLAINTIFF'S COMPLAINT

Plaintiff, LARRY ADAMS ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, NORTHSTAR LOCATION SERVICES, LLC ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Alabama, and therefore, personal jurisdiction is established.

5.  Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

## PARTIES

6.  Plaintiff is a natural person residing in Gilbertown, Choctaw County, Alabama.

7.  Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5).

8.  Defendant is an alleged debt collector as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a collection law firm with a business office in Cheektowaga, NY.

## FACTUAL ALLEGATIONS

10. In or around October of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 251-769-36XX.

13. In or around October of 2013, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. See transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant failed to meaningfully state that the call was from a debt collector. See transcribed voicemail message attached hereto as Exhibit A.

15. In the voicemail message, Defendant directed Plaintiff to call back telephone number 866-677-2825, which is a number that belongs to Defendant. See transcribed voicemail message attached hereto as Exhibit A.

16. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I

### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    c. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, LARRY ADAMS, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

20. Any other relief that this Honorable Court deems appropriate.

Dated:  February 7, 2014				RESPECTFULLY SUBMITTED,


					By:	/s/ M. Brandon Walker

						M. Brandon Walker, Esquire
						Walker McMullan, LLC
						ASB: 7482-H62W
						242 West Valley Avenue, Ste. 312
						Birmingham Alabama 35209
						Tel: (205) 417-2541
						E-mail: brandonwalker014@gmail.com
						Attorneys for Plaintiff,
						LARRY ADAMS