UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHWESTERN DIVISION

| | |
|---|---|
| LARRY ADAMS, | § No. 14-cv-51 |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| NORTHSTAR LOCATION SERVICES, LLC, | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LARRY ADAMS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  May 8, 2014

By: /s/ M. Brandon Walker
M. Brandon Walker
Walker McMullan, LLC
242 West Valley Avenue
Suite 312
Birmingham, Alabama 35209

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ M. Brandon Walker____
M. Brandon Walker
Attorney for Plaintiff
