IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY ADAMS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0051-CG-B |
| | ) |
| NORTHSTAR LOCATION | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The plaintiff having filed a Notice of Dismissal on June 9, 2014 (Doc. 9) and as no answer or motion for summary judgment has been filed by the opposing party, this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 10th day of June, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE